JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA E. MERCADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | NO. CV 07-1953 FMO<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the court's Order Re: Joint Stipulation filed contemporaneously with the filing of this Judgment.

Dated this 24 day of January, 2008.

　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States Magistrate Judge