UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA E. MERCADO, | ) NO. CV 07-1953 FMO |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Nineteen-Thousand, Seven-Hundred and Fifty dollars and zero cents ($19,750.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Lawrence D. Rohlfing shall reimburse plaintiff the amount of Four-Thousand, Three-Hundred dollars and zero cents ($4,300.00).

Dated this 15th day of September, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge